

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00696-CV

Jaime P. **MARTINEZ** and Hector Carrillo,
Appellants

v.

Margaret **MORAN**, Purported National President of
the League of United Latin American Citizens aka (LULAC), et al.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-19501
Honorable David A. Berchelmann, Jr., Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the orders of the trial court are AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellants.

SIGNED May 22, 2013.

Karen Angelini, Justice

---

[1] Appellants appeal two separate orders granting pleas to the jurisdiction. The Honorable Peter Sakai signed the order granting the first plea to the jurisdiction, and the Honorable David A. Berchelmann, Jr. signed the order granting the second plea to the jurisdiction.